UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KATHLEEN M. MEFORD-WHEAT,          )
CHRISTOPHER PATRICK MEFFORD,       )
              Plaintiff,           )
                      )          CV-11-465-CI
      v.                               )
                      )          **JUDGMENT**
LT. KAREN JASPER,                  )
                      )
            Defendant.          )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED:**

1. Defendant's Motion to Dismiss is **GRANTED**.

2. Plaintiffs' Complaint and First Amended Complaint are **DISMISSED WITH PREJUDICE**.

3. Judgment is entered for Defendant.

4. Each party shall bear their own costs.

DATED:  August 29, 2012


                                  JAMES R. LARSEN
                                  District Court Executive/Clerk

                                s/ L. Stejskal, Deputy Clerk